NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YECHEZKAL EVAN SPERO,**

*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC., PORSCHE CARS NORTH AMERICA, INC.,**

*Appellees*

---

2025-1145

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00318 and IPR2023-01296.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellant's motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and the parties' response to the court's June 24, 2025 order,

2                    SPERO v. VOLKSWAGEN GROUP OF AMERICA, INC.

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 2, 2025
    Date

ISSUED AS A MANDATE:  July 2, 2025